IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 1:07-cr-00019-MP-AK

TREVER STRAWDER,

     Defendant.

_____/

## O R D E R

    This matter is before the Court on Doc. 24, Motion to Continue Disposition, filed by

Defendant Strawder.  In his motion, Defendant states that counsel requires additional time to

prepare for the sentencing hearing set for October 26, 2007.  Because of this, Defendant requests

that his sentencing be continued.  The Government does not object to the requested continuance,

and joins in Defendant's motion.  Therefore, Defendant's motion is granted, and the sentencing

hearing is continued to Tuesday, November 27, 2007, at 4:00 p.m.

    **DONE AND ORDERED** this   *25th* day of October, 2007

         *s/Maurice M. Paul*
       Maurice M. Paul, Senior District Judge