IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:07-cr-00019-MP-AK

TREVER STRAWDER,

    Defendant.
_____/

**O R D E R**

    This matter is before the Court on Doc. 30, Motion to Continue Disposition, filed by Defendant Strawder. In his motion, Defendant states that counsel requires additional time to prepare a mitigation presentation for the sentencing hearing set for November 27, 2007. Because of this, Defendant requests that his sentencing be continued. The Government does not oppose the requested continuance. Therefore, Defendant's motion is granted, and the sentencing hearing is continued to Friday, January 4, 2008, at 11:00 a.m.

    **DONE AND ORDERED** this  *27th* day of November, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge