IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:07-cr-00019-MP-AK

TREVER STRAWDER,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 33, Motion to Continue Disposition, filed by Defendant Strawder. In his motion, Defendant states that in light of the recent amendments to the Sentencing Guidelines, counsel requires additional time to prepare for the sentencing hearing set for January 4, 2008. Because of this, Defendant requests that his sentencing be continued. The Government does not object to the requested continuance. Therefore, Defendant's motion is granted, and the sentencing hearing is continued to Wednesday, February 20, 2008, at 10:00 a.m.

**DONE AND ORDERED** this __3rd__ day of January, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge