IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:07-cr-00019-MP-AK

TREVER STRAWDER,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 36, Motion to Continue Disposition, filed by Defendant Strawder. In the motion, counsel for Defendant states that a conflict exists with the currently scheduled sentencing hearing. Because of this, Defendant requests that his sentencing set for February 20, 2008, be continued. The Government does not object to the requested continuance. Therefore, Defendant's motion is granted, and the sentencing hearing is continued to Wednesday, February 27, 2008, at 1:30 p.m.

**DONE AND ORDERED** this __19th__ day of February, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge